E-FILED
Thursday, 04 January, 2018  02:55:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

18-524-SMY

John D. Haywood B441617

Case Number: 18-3003
(Clerk's Office will provide)

_____

*Plaintiff/Petitioner(s)*

v.

Illinois Department of Corrections
Director,
Warden Keuth of Lawrance C.C.
Warden Butler of Menard C.C.
*Defendant/Respondent(s)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

# FILED

JAN 0 3 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## I.   JURISDICTION

### Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement. Lawrance Correctional Center

10930 Lawrance Rd. • Sumner, Ih. 62466
John D. Haywood B44617

### Defendant #1:

B.   Defendant Dir. _____ is employed as
       (a)        (Name of First Defendant)

Director (Illinois Department of Corrections
       (b)        (Position/Title)

with   Illinois Deptoment of Corrections
       (c)        (Employer's Name and Address)

1301 Concordia Court • Springfield, Ih. 62794-9277

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes      ☒ No

If your answer is YES, briefly explain: for A part of the complaint
March 2016 Till Present Day !

**Defendant #2:**

C.   Defendant _Warden Kimberly Butler_ is employed as

(Name of Second Defendant)

_Warden of Menard C.C._

(Position/Title)

with _Illinois Dept. of Corr._

(Employer's Name and Address)

_1301 Concordia Court, Springfield, IL. 62794-9277_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☒Yes   ☒No

If you answer is YES, briefly explain: _for pen's the assault in 2014_
_By % Maue (yes) But not for the entire 9 years of_
_violations !_

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Dr. Linserman of Menard C.C. (I.D.O.C. - Wexford)

Warden Connors of Menard C.C. (I.D.O.C.)

Warden Gates of Menard C.C. (I.D.O.C.)

Dr. Sheirer'J of Menard C.C. (I.D.O.C. - Wexford)

% Maue of Menard C.C. (I.D.O.C.)

% Chandlen Estate of Menard C.C. (I.D.O.C.)

Sarg. Wells of Menard C.C. (I.D.O.C.)

Lt. Beylon of Lawrence C.C. (I.D.O.C.)

Warden Lamb of Lawrence C.C. (I.D.O.C.)

% Tubbs of Lawrence C.C. (I.D.O.C.)

% Adams of Lawrence C.C. (I.D.O.C.)

(Rev. 7/2010) Warden Goings of Lawrence C.C. (I.D.O.C.)

Mrs. Cunningham of Lawrence C.C. (I.D.O.C. - Wexford)

% Predli of Menard C.C. (I.D.O.C.)

Dr. Shef Lawrence C.C. (Wexford)

Nurse Collins Lawrence C.C. (I.D.O.C. Wexford)

Nurse Tammy, Lawrence, L.C. CWerter D
Robinson Medical and Warden Donahur, C.C.
Big Muddy C.C. Medical and Administrator Sherri harvest

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?                              ☒ Yes    ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1.   Parties to previous lawsuits:

Defendant Plaintiff(s): Champaign County Illinois; States Attorney, Julia Reitz Sheriff Dep Curt Apperson, Dep. Sherwood

Petitioner — Defendant(s): Sch- S. Heywood Pro Se B44619

2.   Court (if federal court, name of the district; if state court, name of the county): Sixth Circuit Court of Champaign County Ih.

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): Wrongful Death and Wrongful Incarceration

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ≈ Not Still Pending !

7.   Approximate date of filing lawsuit: ( 6 - 2012 )

8.   Approximate date of disposition: ( 12 - 2014 )

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
     grievance procedure?                                    ☑ Yes    ☐ No

C.   If your answer is YES,
     1.   What steps did you take? Grievance to Counselor; To grievance officer
          To A.R.B.

     2.   What was the result? Dismissed - Denied

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you
     complain to prison authorities?                         ☐ Yes    ☐ No

F.   If your answer is YES,
     1.   What steps did you take?

     2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any
     response you received.  If you cannot do so, explain why not:

     When Transfered from Menard to Lawrence, Menard kept
     all of my Grievance Paper Werk, which were in A Manela
     Envelope marked Grievances! It was Intentional!
     March 9 2016.
     Years of Transfer's and Shake downs

(Rev. 7/2010)                          4

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

#1.) In 1995 while at Robinson C.C. A new tumor reappeared on the top of my left foot. I informed Healthcare, and was told it was only scar tissue! The tumor grew from dime size to Quarter size, and I went back to Healthcare and was told I was an hypocondriact and if I came back with same issue I would go to seggregation!

#2.) In 1995 while in Robinson C.C., while participating power litting, doing squats blew my back out and became a paraplegic totally paralyzed from waist down. Healthcare said I was faking and had one put in Seg. for almost two weeks, where I had to crawl accross the floor to get meals three times A day, and subject to being peked and stuck by nurses with saffty pin's needles, Het pins, and hot pen's trimming tor's to my scrotom two to three times A Day (which produced no movement!) tively after two weeks in the middle of the night I was taken to Big Muddy C.C. By Suburbeon (But Robinson Healthcare told Big Muddy Healthcare I was A hypocondriact and faking for attention. So Big Muddy Refused any medical treatment for the tumor on left foot or my back as per Robinson C.C.) A year later my left foot was partial amputated for bone cancer!!! And Afterward Deputy Director Mike Neal forced Big Muddy to allow me to See an Orthopedic Specialist for my Back and leggs and within A year of treatment and therapy I was up walking on quad canes (WAS released in 98 and returned in 2000, and again in 2006.)

IV. Statement of Claim
   A.) page 5-B.

#3.) (In 2007 November arriving at Menard C.C. with the
bone blows out back from 1995, an amputated left foot from (Partial)
1996, with also a broken tibea from 2001, and a broken
heel bell of left Ampiter i's 2005, and reinjury to back in 2006,
which "perilized" me again all stem from Robinson C.C. injuries!
So when I arrived at Menard C.C. I had a weight displacement
brace e, I a chein back brace, which "Dr. Pinnerman" took
as placed me on the third floor of Healthcare, steting Menard
is not handicap essesible and your classified Maxium Security
you'll be up here in A wheelchir for your entire time here!
I wrote Werden Cowden for Emergese Medical transfer to
a Medical Institute (Big Muddy) Warden Cowden wrote
that I had to be in Menard for at least 6 months before
I can request a transfer! Next day at 7am Dr. Pinnerman
came in as told me get my stuff, nobody goes over his head
he called me a few choice names and told the C/O to take
me to the elevator with the wheelchir, which he did, but
told me I had to get out of the wheelchir at the elevator per
Dr. Pinnerman. I was dumped on the floor at the elevator
on the floor, and rode down to first floor, where the Sergest
told me if I did not make it to North One Housing Unit before the
next line run's or they will send me to Segregation pre Dr. Pinnerman
I crawled out onto front street where Lt. Nurahem heal front
street and came into Healthcare and demanded a wheelchir for
me, and was told by the sergest that Dr. Pinnerman said no
wheelchir and if Heywood don't make it to North One before next
line take him to Seg.. Lt. Nurahem snaped and staped
to outside grounds workers to bring a cart over and
put me on the cart and took me over to North One, at

IV.

Statement of Claim
A.) pegs 5-6.
   Which the house sargent Bonner told me I would be on 3 gallery (upstairs) the gallery workers took my stuff up but I (Haywood) had to crawl up the stairs on my butt, once I got up to 3. the workers put me on 4 gallery east and took me to my cell!

4.) In December 2007 I (Haywood) was moved from North One 3 gallery to the West House 1. gallery 2. cell close to the shower, and placed on Permenent Lay-In which lasted from December 2007 to March 2016 almost 9 years! (No yard; no chow hall; no gym; "No Chaple"; No wheelcheir couldnot go to law library; No go to commesery; NO Programs!)___ I could only go to Healthcare and back to my cell, and that was the only time I could use a wheelcheir. Except in feburery 2008 right after a blizzard I had a Dr. Cell pess and my gallery, % west and got the ATV. Ambulance that was in a cage infront of Healthcare, came and got me from West House to healthcare to see Dr. Linnerman at which time Dr. Linnerman yelled at me that I never had cancer and Dr.Linnerman told the % Miller not to use the ambulance to move me around, at that time West House Sargent was coming down the hell from buying Pop's and heard Dr.Linnerman yelling at % Miller and Me, and came into the exem room and asked what is going on! Dr.Linnerman said % Miller could not use ambulance the Sargent informed Dr. Linnerman he would use the ambulance eaytime he wanted! Two weeks later Dr.Linnerman had the ambulance Enclosure torn down, and got riel of the ambulance!!!

IV.     Statement of Claim
        A) page 5-1.

5.)   In 2011 I (Heywood) was moved to North One 2 gellery
which used to be   P.C. behind the steel doors with the box
as the door, and a few cell's down was the ongallery shower's
but had not been used in year's. Myself and another Inmate
cleaned out the shower, but the water would not go down
the drain, we informed C/O Steward our gallery officer, who
called maintance who came but without a snaker? In 1982 I
accidently cut off my big toe with a Skill saw on my right foot, It
was reattached!   In 2011 do to the stagnest water in North
One showers I get a bad staff infection is that big toe!
And after several different antibiotics finelly Dr. Newewaby
had to do surgery (cut open the toe and pack it with
gauze with antibiotics, and every two days pull it out and
repack it (Painfull) But during this time I was sent on
a level one lockdown, and for two weeks no one would take
me to Healthcare to get dressing change, The C/O's change during
lockdowns and all of them told me that Healthcare had not called
for me and they were not required to call healthcare for me, If they
wanted me they would send for me! Until C/O Laura came back from
her vacation and asked how I was doing, and I told her
she went and called healthcare, and I was took me to healthcare
withn the hour! Had to start the process over! (Painfull)!

6.)   In 2012 Major Liarla speak to me about moving me to
South towers to test putting handicaps over there, shower at
end of gellery and a yard off of the gellery!

IV.    Statement of Claim
        A.) page 5-E.

Upon moving I met the senior officer C/o Maue, who did not want the handicaps in South Lowers, so he gave me a hard time about the shower, he refused to allow me to use the shower alone as I have to use the handicap chair and be seated C/o Maue told me (you have to have the chair, but you can go with everybody els.) The shower holds 32 men at a time in the water and maybe another 10 waiting, and I was suppose to sit naked in between 31 naked men? So I stoped going to the shower, a Lt. asked one night why I was not showering and I told him, to which they started running me by myself again, which upset C/o Maue!

7.) In 2012 C/o Predi' who was not my gallery officer was on / gallery either using the bathroom. As is my religious (christian) custom at about 6 pm I read my Bible and Pray, on my knees at my bar's. When I got up C/o Predi' was standing infront of my bar's and shook his head, and (said I wouldn't do that if I was you!) and walked off. Two days later, as I got up from Praying there he was C/o Predi', and he asked me for my I.D. which I gave him, he left and came back with a Lt. (We were on level One lockdown) who told me to "cuff up" I asked why he said (Disobeying A Direct Order) I asked could I pack my own stuff. (No!) I Informed them I needed to wheelchair! C/o Predi' said (you don't use A wheelchair when I took you to commesary) I told him I'm A permost LAY-IN, I don't go to commesary, and you have never took me anywhere I need A wheelchair. C/o Predi' called and said I was refusing

IV.   Statement of Claim
      A) page 5'f.

To go to segregation, and Major Brown came, and said what is going on & told him (he's walking me for Praying) and it is him that is refusing me to wheelchair! C/o Predi' told Major Brown he dost need to wheelchair! Major Brown told C/o Predi' to go to healthcare and get h wheelchair if he wants & to take me to seg. 6 The Ticket read (& told inmate Haywood he could pray on the gallery, such activities are only allowed at the chaple, and Haywood told me he does what he wants! —) (lies) (Permanent LAg-In cannot go to chaple!)
& saw Adjustment Committee, who said they were throwing out the ticket based sending me back to South lowers as soon as room was available! So & was in h Seg Cell for two day's and then moved to North Two S gallery Seg-kickout? were & stayed 52 days? But on my 22nd day & got h notification that & had recieved 3 months c. Grade? When & Inquired to the adjustment committee, & was told thats what the computer did?


8.) & in 2014 while at Meward C.C. South Lower's C/o Meave had his chance to get rid of Haywood! Haywood was moved to cell 1 on 1 gallery which is h gallery worker cell right off from the Sergents cage! My 4th cellee was Brian Doyle h Diebetic who also had h Bottom Bunk permitt (Im Permanent LAg-In can't walk Permanent Bottom Bunk Low Gallery). Doyle didn't want to tell C/o Meave cause didn't want to loose job but instead decided to force me out of the cell!

IV.  Statement of Claim
A) page 5 - 6.

In may 2014, Doyle started arguement before he went to work and left. Heywood packed all of his stuff, to walk himself at shift change, as we were on Quarintine lockdown from Salmasilla (under cooked chicken) and new roof! Doyle saw Heywood's property packed and got C/O Mrs. K. who was acting Sargent at that time and day! Doyle told her (Heywood has packed up and is acting very aggressive) C/O Mrs. K. came around to cell 1. and asked Heywood why he was paked up, Heywood said (I've asked you for weeks to move me, I've got nothing to say!) C/O Mrs. K. said she would come back later after I had calmed down and left! Right before shift change C/O Maue and Doyle came to the cell where Doyle got his shower stuff and told C/O Maue that (He's got this?) After worker showers C/O Maue, C/O K. and 3 other C/O's plus one other C/O above my cell on 3 gallery! C/O Maue took the cell key's and told C/O K. (They are both me) let them handle it!) C/O Maue open the cell and sent Doyle into the cell to fight Heywood, Doyle came in postured to fight, but Heywood fired first, and Doyle ran out of the cell over two C/O's, Heywood swung so hard he fell over, headed face first to the floor, when C/O Maue steped into the cell and caught Heywood in a full frontal head lock, and pulled Heywood out of the cell and went MMA wrestling steed Heywood upside down and suplexed him onto the conceret floor and then C/O Maue ingaged in a full frontal choke hold facing me head on, and C/O Maue kept scotching up in an attempt to "break my neck", every time he'd scotch up, I'd crawl forward so he could'nt break my Neck! !! The guest lt. came onto 1 gallery knowing nothing of what was going on! And saw me (Heywood) on the floor with four guards

IV.  Statement of Claim
A.) page 5-H.

on my back and C/o Meuis choking me to death (The Lt. told
C/o Maue to get off of Heywood, let him go befor you kill him !
C/o Maue finely released the choke and shoved my face in to the
floor and put his knee in the back of my neck ! (the Lt. told
C/o Maue to get off of him Now ! ) the Lt. told C/o Beethrow
to go and get a wheelchair ! At that point I was in and out
of consciousness ! C/o Beethrow came back with a wheelchair and
the Lt. told the officers to pick me up and get me into the chair
and the Lt. called Healthcare to let them know he was bringing me
to be checked, while he was on the phone at the front door, C/o Maue
was standing over me like a rabbid dog about to strike, the Lt.
pushed him back and positioned himself between C/o Maue
and me (Heywood) and told him to go cool off Now !
The Lt. took me to Healthcare, but I could not speak due to the
choking (couldn't speak for over 4 days), Lt. told healthcare it was
a cell fight, then he took me to segregation 4 gallery which he
himself carried me up the stairs ! (My property was still in the
cell packed, and it was left with Brian Degle until the next
day ? ) (Supposedly Shift change ? ) ! Later that night the Nurse
came to see me, and as best I could, I told her, I needed to
see a Dr. (Elbow broken and neck injured ) !
Within 4 days I got to pass for the Adjustment Committee on the
fifth day, and on that day C/o Chandler C/o Maue's best friend
had 4 gallery seg. (He had work South hower's with C/o Maue, C/o Degle
and were know to beat down old men inmates !!! ) C/o Chandler
came to my cell and told me he would be to get me befor lunch
get ready, I told him I need a wheelchair, and he left !
Lunch came and went, god it was 2 pm befor I saw
C/o Chandler again, and I said (What about my ticket, I'm

IV.   Statement of Claim
       A) page 5-1.

C/o Chandler told me I had refused, I said No I did not
C/o Chandler said when you asked for a wheelchair you refused!
And the committee found me guilty of A Staff Assault for falling
on A officer, because I had refused to come to the hearing
and give any exonerating evidence!

Which time of two almost three week's A C/o came and
get me in A wheelchair and took me to healthcare to see the
Dr. who put me on the 3rd floor Seg cell, took X-ray's of
my neck? and my Elbow? (Three weeks later?) I was
told there was nothing wrong with either (But to this day I
can still move a piece of my elbow, and I got the X-ray report
which speaks of the fracture!) But I was never treated
at Menard or anywhere else!) I was kept in healthcare
for over 3 weeks with No treatment? until there was A T.B.
outbreak (Supposedly there was no room in the handicap Seg Area)
but was moved back to Seg. to reg. cell and move every two
week from 2 gallery to 4 gallery up, down, they would have
Inmate gallery workers carry me up and down the stairs
several times!) At this time I was under the impression that
I (Heywood) was in Seg. for a cell fight 30 day maximum!
I saw Warden Buttler walking through and stoped her and
told her I was over 30 day's and they wont let me out
of Seg. and that I had never gotten A Decision from the
adjustment committee, but for a cell fight which I hit nobody
is generally 30 day's! Warden Buttler said Heywood you got
a staff assault and you got 90 days and your very lucky!
I (Heywood) said No Mam I don't have a staff assault
(Director Cordinez had told Warden Buttler to Transfer Heywood
to medical institution Big Muddy!) Warden Buttler said I'll

IV.  Statement of Claim
A) page 5 - J.

That she would send me a copy of Committee Report and Decision! And she did (staff assault-felling an officer?)
(If C/o Maue had not come into my cell I would have fell on the floor! He chose to catch me so he could kill me!) If there was a staff assault why no code called, no Lt. called, no Major called, and it is in healthcare records cell fight!
And the fact that C/o Deathrow, C/o k., C/o Maue who all knew there was a problem between cellers Heywood and Doyle hours earlier never reported it to the guest house Lt. that day, and further violated procedure and all security protocol in that Heywood and Doyle were already seperated that cell door was not suppose to open without a Lt. present! And C/o Maue threaten to spray me with mase! When I got my property list, there was over #200⁰⁰ worth of property missing (Sony Walkman and earbud; 18 tapes; New never worn Rebox Tennis shoe; and several other items )---

9) In 2014 I was told that Menard had no were to place me, as C/o Maue and inmate Doyle felt unsafe with me being in South Lower's, and they could not keep me in Healthcare 3rd floor; nor could the house me in Seg. A-Wing, as it is segregation! So I was shuffled from (South Lower to North 2, to North 1, back to North 2. non of which is handicap accessible!) between 2014 and 2016 when finally transferred to Lawrence C.C. !

IV:      Statement of Claim
         A.) page 5 - K


10.) In 2016 while in North #2. the flood came, and afterwards
I was so Sick, could't breech and weak! I wrote healthcare
several times, and told the nurse at med line every night for two
weeks! Finally my 3 day-a-Week C/O told me to get dressed, and
he went and got a wheelchair and took me to healthcare and he told
the Doctor this man is dying on my gallery and I can't watch it!
the Dr. had them take me to the 3rd floor, and take X-rays, and
I was told I had Nuemonia, and was given antibiotics, after
4 days I got worst, they changed my antibiotics, but it helped
NoNe at all! Then I was told that I was being sent back to my
house and cell? When I got to my cell my 3 day-a-Week C/O
told me to get my property ready the workers would be coming
for it and what size jumpsuit I needed, that I was being transfered
in the morning to Lawrence! found out in August 2016 from
Carle foundation Hospital not Nuemonia by Terminal Pulmonary Sarcoidoses
and Congestive Heart failure.


11.) On March 9, 2016 at 5:am Third Shift C/O awoke me to get
ready for transfer, I told him I needed a wheelchair, he told
me it said nothing on the board about me needing a wheelchair
I told him I'm a permit LAy-In I only go to healthcare and
is a wheelchair, I need one please! He went and got the Sergent
who said there is nothing, I called healthcare they said there
is nothing, that says you need a wheelchair! So you either walt

III.   Statement of Claim
       A.) page 5-L.

or stay here! So I (Haywood) took off the jumpsuit, and
rolled out the mattress and laid down! The 4/o and Sergeant walked
away! After 15-20 mins the 4/o and Sergeant came back with a
Lt. who asked whats the problem, So I explained my situation
(Permant Luf In wheelchair bound, never leave cell but to healthcare
es Mesered not handicap accessible!) the Lt. saw my left is
amputated and told the 4/o just go and get a wheelchair and
take him to the chaple! The 4/o went and got a wheelchair, and
came and got me and took me to the chaple, and when we get
there everybody els had already be strip searched, the Lt. at the
chaple told the 4/o who brought me he had to search me, So he
asked me to sit in a chaple seat and hand him my jumpsuit
which I did and my shoe's, he handed me everything back
told me to get dressed, and as I was getting dressed the 4/o
started leaving with the wheelchair? I said what are you doin
he said I got to take the chair back to healthcare? (worth 2 hes
several wheelchairs on k-wing!) I said how am I suppose to get
croused there and to the bus? (After a flight to the chaple they
gated the chaple off into 4 different sections, which meant I
had to go all the way down to the stage and accross the length
of the chaple and this back up the other side to get back to
the door to get out to the bus? The chaple Lt. came over
and said lets go, I said I need the wheelchair (Also I wearing
a medical mask!) the 4/o said I have to take this chair back
to healthcare, the Lt. told the 4/o to take the chair back, I said
what am I suppose to do, the Lt. said get on the bus or stay
its up to you! Then the Lt. told a Serg. and another 4/o watch
this! So I got on the floor and crawled down to the stage
and over to the other side and I ran out of breath on my way

IV.   Statement of Claim
(4) page 5-M.

back up to the door, and I fell flat on the floor, I could here
the Lt. say you better hurry we're leaving (they were laughing!)
I also heard two Inmate who were in line say, we got you old
timer, and they picked me up and carried me, even though
the Lt. told them not to! Once outside the Lt. told them to put me
down or they would go to seg. So I told them to put me down
So I crawled across the pavement and up on the bus, the driver
knew me from when he had healthcare 3rd floor, and he helped
me onto the bus! When we got to Lincoln Correction Center
the driver sent the other C/o to get a wheelchair for me, and
he himself and a Inmate carried me off the bus to the
wheelchair! And the other C/o took me over to howreover
bus where there was a line outside the bus in the rain (mind
you I have Amesta on!) there was a "Lt. Beyler" in the driver
seat, who instructed the C/o's to load everybody but me? After
everybody els was on the bus, Lt. Beyler told me (Nobody is going
to help you. So I don't how you get on this bus crawle or
walk!) So I got out of the wheelchair and crawled
through the mud and rain and up on onto the bus, Lt. Beyler
was laughing! There was an older C/o on the bus who started
to try an help but Lt. Beyler said (He can make it) And
when we got to Lawrence C.C. they unloaded everybody els first, and
then I had to crawle off the bus, but there was a wheelchair
right outside the bus, I got into the wheelchair, I was taken
by a Sergent to 3 house no hadicap cell, I couldn't breath
I told him I have Nuimosia, he said he would call
healthcare he helped me out of the wheelchair and into
the cell onto the bed! After 30 mins I pushed the emergency

IV.  Statement of Claim
      (4) page 5 - N.


Several times after about an hour A 5/0 came, but I couldn't
speak cause I couldn't breath, he left and came back about
20 - 30 min with A nurse and A wheelchair and took me to
healthcare where she Imedietly gave me A breathin treatment
I heard he say he was suppose to have been brought here
he's got to go to the back untill he see's the Doctor!
But I was put into A Seg. Cell where there was A bench
with A mattress on it? It was A large room the sink on one
side and the toilet on the opposite corner, and the Nurse and
healthcare 5/0 helped me onto the bench, and she took the chair
I said I need the wheelchair to get around, the nurse told
me (our Dr. don't just give out wheelchairs, he don't fell
for you guys Tricks!) and they left! In the morning another
nurse came with medications, but only to the chuck, I said I can't
walk, she said err you refusing! So I crawled across the room
to the door and got my medication, and then crawled across
the room to the sink to get water! And then back to the bench
and a hour later came food but only to the chuck? The 5/0
called somebody to (Watch this!) So I crawled over and got
my tray! And set on the floor and eat! So I pulled the mattress
off of the bench to the floor and just stayed on the floor!
In the morning I was told that the Dr. Coe was on vacation, and
that I could not have "the mattress" on the floor, I said well I need
a wheelchair, (the nurse told me, we don't fell her all of that) So I
stayed on the floor! So for A week a little over I crawled around
like An Animel to get my meels and use facilities, (No shower;
No clothes, semi mud/berusted jumpsuit, No Soap) they
only came to the cell for breething treatments twice A day
Never cleaned the cell!

IV.   Statement of Claim
A.) page 5-0.

12) In 2016 after leaving Healthcare and waiting to see a Pulmonery Specilist, I was in 5 house as it was the closest to healthcare Because I needed an emergency breathing treatment. Dr. Coe had issued me permitts (lowBunk, lowGalley, two mattress & clees cell everyclee, wheelcheir, ) In July my Mother passed away and that same month my Wing C/o changed to C/o Tubbs, Who Started with my Ice permitt, and told me he would not give me Ice, which I didn't understand because, I came back from law library the day before with other Inmates Who all asked him for Ice and he gave us all Ice? After that C/o Tubbs stoped me and my ADA attendant from cleaning my cell with the cleaning Supply's he asked for my permitt and said it don't say cleaning Supply's, So I had Dr. Coe change it to with cleaning Supply's then C/o Tubbs said it didn't say bleach or Pink Soap, and then C/o Tubbs came to my cell one day and asked to see my permitts I gave it to him and he wrote on my permitt (Ice cancelled as of Date Per C/o Tubbs and healthcare.) I started writing grievences, I wrote 25 on C/o Tubbs, Who later stoped me and my Attendant from cleaning the shower cheir. Said he would do it, that he had worked as an embulence and knows more about what I need or don't need then I do. For fear of C/o Tubbs my Attendant quit as Tubbs started shaking him down and his art supply disapeered..!.! I wrote and told everybody Lt. Counseler, Majors, Wardens My So Called and C/o Tubbs tried to hexcuff me & Finally Warden Coctons Came to see me and told me not to write another grievence

IF    Statement of Claim
     A) page 5-P.

against % Tubbs he was made aware of the problem after
the first grievence (but it took 4 months for Warden Baings to
respond # 2 Warden of Security.) The Warden told me, you
don't have to Tubbs problem, you have a Permitt Problem, to many
permitts and they should not be "Indeferent".___ Warden
Baings then called Mrs. Cunningham (Healthcare Administrator)
and told her he wanted my Medical Permitts taken off. He told
to make me an appointment with the Doctor A.S.H.P. this week.
Warden Baings's hung up and looked at me and smiled and
said See all takes care of. I went back to my cell, in
two days I got a pass to see Dr. Shav, I went and
Dr. Shav told me I was there to fix what the Administration
wanted fixed, I (Haywood) said what is that, Dr. Shav said
all of these permitts and to make you permenant part Healthcare
you will live in the back. I asked Dr. Shav to look at my
permitt's and the Dr.'s Sigoiture, is it not of your boss the
deputy Medical Director of Illinois Depertment of Corrections, so
please let me know if he feel's I need the permitts and don't
need to be in the back, but you do, who is wrong, who
is incompetent? Dr. Shav called the healthcare % Schissens and
told him to remove me that I was done. That night I
wrote a grievence against Warden Baings (is that I feared for
my Life) Nomore was said about my permitts!
    But % Tubbs would not stop the herrasment, it got
worst he would totaly refused any of my permitts, and would
shake down my cell as threw awey my commesery I bought
telling me it was in the wrong place or in the wrong package!

IV. Statement of Claim
A.) page 5-Q

So I said to the counselor,(I'm tired I just lost my Mother and within a month of that found out I'm Terminally Ill. And I've got hite, and so is Tubbs, and nobody will deal with him, what happens when I get to the point of, I'm dying who can I take with me?) The next day I was moved to 4 house where I remain to this day! 'Cause Tubbs was made to hit and then for some reason given the zone I live in which covers 4 house, but recently he was wearing Sargents Uniform? But no more problems with him!

13. In 2017 february, after me writing Personal property, over the last almost year, (March 2016) how come my CL-20 headphone never went out to koss to be fixed in february they Awell, took #9.⁰⁰ for repair and #3.75 for postage ! April 20th I wrote personal property, no answer, so I spoke to my Counselor Mrs. Bear who said she would check on them, I showed her my account balance where the money had already been taken ! So in May 2015 Mrs. Bear told me property does not have my CL-20 they never came back yet! So I wrote koss myself, who responded in June 2017, that they had never recieved the headphones or payment, to have the institution put a tracer on them! I gave mrs. Bear a copy of

IV.   Statement of Claim
      h.) page 5-R.

Of the loss letter and she told my to write h grievance
So I did which she (Mrs. Bees) heard? and responded
would I accept h replacement pair, and they were reimbursting
me the $9⁰⁰ the check was found (that means they never left
Lawrence C.C. !) and that they could if prove my CL-20's
were under 5 year's old (They minus 20% per year depriciation)?
    I responded (yes I'll take h replacement) and I told
her I could prove my CL-20's were under h year when I got
here (Nobody knows who broke this corn?) But I've never
touched them since I've been here at Lawrence. on March
27, 2016 personal Property told me my CL-20's corn was
broken which is the same as altered, and I could
either send them home or destroy them, er send them
out to be fixed at Koss, I choose to fix them! So in
December 2017 h ⁵⁄₀ came to my door, and told me to come
out of my cell, he was there to shake my cell as per the
administration for CL-20's headphones, which he did (Why?)
(I'm in h wheelchair, you think nobody saw me go out of my
cell without h key, leave the building, and go to Vac Ed
building into property and behind Thing gate and get my
CL-20⊗?) ___  A week later I got h Statement from
the grievance officer that they were going to reimburst the $3⁷⁵
for postage, but would give me nothing for my CL-20's.

IV.    Statement of Claim
       A.) page 5-9.

14.) On November 24, 2015 I went to healthless, and when I
get there I found I was to see Dr. Shev? He's not my Doctor
Dr. Armied is? Dr. Shev proceeded to take away my High Blood
Pressure Medication that Dr. Armied (Medical Director) had just
gives me and uped my Heart medications? So I told him
It took over a month for me to get one of my medications
and I'm out of my "Lasix" now (I take close to 30 pills per day
I said the wrong one, I should have said "Potassium"). —
Dr. Shev called to Nurse Collins and asked her to find
out why I don't have my "Lasix", Nurse Collins came
back with a Sergent and a 1/6 and called me to him
and said she was having my cell shook down, Dr. Shev
never addressed her, so neither did I.   And then the Serg.
put me in a Seg. Cell, until they shook my cell, then they
came back with all of my medications in blister pac's which
I'm suppose to have? What I didn't know is that Nurse Collins
told the Lt. Butthim that I told her I had No Medication
(I never spoke to her, and she was not present when I spoke
to Dr. Shev?). —— Nurse Collins told Lt. Butthim to take me
to Seg. which he said NO and asked her which ones he have
and Nurse Collins said none of them I'm keeping these
he can have the antibiotics, Lt. Butthim took my back to my unit
and told me what Nurse Collins had said! (So we never
get to I was out of Potassium !!!)

IV.  Statement of Claim
A.) page 5-T.

That evening when Med line was run, I went out to see the
Nurse who gave me my medicetion along with the higher dose
of "Coreg," Heart medi'ection and no High Blood Pressure
or Potessium, I told the nurse I had teks the Coreg ecrlier
this morning megby I shouldn't take it now, but she said
Dr. Shev up the desege after thet, you need to teks if!
I was peeing every 30 mis all night, by 8 cm I fell out
(Dehydrected) my cellee celled for help, the gaurel to cems
esd A ht. (I wes out of it, but I could hear, but I couldn't
speak.) So I heerd my cellee tell them thet (yesterdey heethleere
took all of his meels, but he west to med line this morning
et 5 cm, but I clost know if he teek enything!) — — —
  I got to heethlere esd Nurse Temmy Dowty seiel all the bet
He overdesed (His cellee seiel he hiel a busch of pills esd teek
a heal full this morning!) Nurse Temmy celled I.A. (Internel
Affeirs) esd told them I (Heywood) heel overdesed, esd whet
she cleims my cellee heel seiel to her. Then they sent Lt. Battrim
to shets dews my cell (hs perher lie!) who came beck with the
Pamelar esd Mobic esd Bectrim esd Cold pills esd Coreor all ere
mise esd I'm suppose to heve (Whet I did of knew is thet Pameler
is A "Psycotrepie" without out my permissies!) — — —
So I wes es A gurvey es A beck beerel strepel dews, esd telliy
(I need weter Dehydrcted) over esd over, but Nurse Temmy
would ellow cspbedy to give me weter until I tell her whet
pills I teek, so I ley there useble to swellen litterelly dyiy
ceuse I'm so dehydrete esd without Petessium or Selt !!
I'm is the Treeoge room for over two hours until they finelly
deciel to put me is the beck for 23 hour observetion! (Coulel it
be with a overdose I should heve beeo deed by then?)

IX.  Statement of Claim
     A.) page 5 - 11.

When I got to the back I got the porters to get me water, and I drank alot maybe 8 glasses in 10 min, which meant I need to pee, I asked for help and I was out like the Court on the floor I had to of hit my head cause when I did start to come too I had to throw up. (Caucasian) They called for a ambulance it came and there was Nurse Tammy punching me in my chest with her knuckle (it hurt so bad) and I could hear her telling the EMT's I had overdosed to the point the EMT said yeh he's jacked up off of something! They straped me to a flat board again put me in the ambulance with two ladies and because they were told I was an overdose they didn't wait to get an I.V. going She took off, over humps and bumps and rail road tracks, all the while trying to get an I.V. started cutting me with needle, and jabing in and out several times with no sucess, but well marked up my left arm with life time marks. And I'm pretty sure she stuck herself cause she then asked if I had aids or HIV or Hepptides I said no but I don't know her history Is. (I need to) Everybody kept asking what I took, I kept saying I dehydrated but because Nurse Tammy told them I was an overdose they ingnored me and treated like I was lying to protect myself So I was treated with contempt!!! I've got a blew out back and two broken knee caps, So being straped down on the flat board was causing me the worst pain ever! I was begging them to release the straps but (I'm considered Suicide) they refused and kept me like that for four hours until the blood test came back which showed No Drug's in in my System and dangerously low Potassium and salt level's (At deaths Door) then I was asked by the Dr. why

IV.   Statement of Claim
      A.) page 5 - V.

I had not told nobody !? They fed me and gave me
Two ½ bag's of fluids, and everything to drink and 40 mg.
of Potessium! After 8 hours I was back at lawrence C.C.
under observation, the next day I went back to my cell
et which I got a major ticket for the pills, and that
is when I found out that Pamelon was a Psycotropic
drug! And recieved 3 meth C-grade, 3 meth B-grade
6 months of no contact with my family when I'm Terminal ?
No recreation, no commesery !
And to this Day I've still not gotten my High Blood Pressure Mediertion
but on 12-29-17 I almost had a stroke as blood Pressure is
threw the roof !

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Actual Damages and Punitive Damages
has Attorney Appointed to handle as it is complicated
I'm leg person with limited law library access

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  _12-29-17_
              (date)

_10930 Lawrence Rd._
    Street Address

_Sumter, FL  62466_
    City, State, Zip

_____
      Signature of Plaintiff

_Sens D. Haywood_
      Printed Name

_B4461_
      Prisoner Register Number

_____
  Signature of Attorney (if any)

John D. Heywood
B44614
10930 Lawrence Rd.
Sumner, Ih. 62466.

THIS CORRESPONDENCE
IS FROM AN INMATE OF TH
IL DEPT OF CORRECTIONS

U.S. POSTAGE   E-FILED
Thursday, 04 January, 2018  02:55:24 PM
Clerk, U.S. District Court, ILCD,
ZIP 62466
02 1R        $ 001.82
0001393731 JAN 02 2018

PRIVILEGED

To:
The Central District Federal Court
Federal Court Building
Springfield, Ih. 62701.

(Legal Mail)