# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN D. HAYWOOD, #B-44617,     )
          )
     Plaintiff,     )
          )
     - vs-     )     No. 18-cv-524-SMY
          )
C/O Maue, et al.,     )
          )
     Defendant.     )

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES the Defendant, C/O Maue, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and for his Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. 2], states as follows:

### JURISDICTION AND VENUE

A. **Plaintiff's mailing address, register number, and present place of confinement.** Lawrance Correctional Center 10930 Lawrance Rd. Sumner, IL. 62466 John D. Haywood B44617

**ANSWER: Defendant admits that this is Plaintiff's correct contact information.**

B. Defendant _Dir._ is employed as

(a) (Name of First Defendant)

_Director Illinois Department of Corrections_

(b) (Position/Title)

with _Illinois Department of Corrections_

(c) (Employer's Name and Address)

_1301 Concordia Court. Springfield, IL. 62794-9277_

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government? ☒ Yes ☒ No

If your answer is YES, briefly explain: _for A part of the complaint_
_March 2016 Till Present Day !_

**ANSWER: Defendant admits that Lorie Cunningham was the Director of Nursing from
December 2008 until December 2016. Ms. Cunningham can be reached c/o R. Kolton Ray,
500 S Second Street, Springfield, Illinois 62701.**

Defendant #2:

C. Defendant _Warden Kimberly Butler_ is employed as

(Name of Second Defendant)

_Warden of Menard C.C._

(Position/Title)

with _Illinois Dept. of. Corr._

(Employer's Name and Address)

_1301 Concordia Court. Springfield, IL. 62794-9277_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government? ☒ Yes ☒ No

If you answer is YES, briefly explain: _for parts the assault in 2014_
_By Yo Maue (yes) But not for the entire 9 years of_
_Violations !_

2

**ANSWER: Defendant admits that Kimberly Butler served as the Warden of Menard Correctional Center from April 2014 until April 2016.**

C/O Maue of Menard C.C. (I.D.O.C.)

**ANSWER: Defendant admits that C/O Maue is a Correctional Officer at Menard C.C.**

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☑ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1. Parties to previous lawsuits:
Defendant ~~Plaintiff~~(s): Champaign County Illinois; States Attorney Julia Reitz, Sheriff Dep Curt Apperson, Dep. Sherwood

Petitioner— ~~Defendant~~(s): John S. Heywood Pro Se B44619

2. Court (if federal court, name of the district; if state court, name of the county): Sixth Circuit Court of Champaign County Ih.

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Wrongful Death and Wrongful Incarceration

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Not Still Pending!

7. Approximate date of filing lawsuit: (6-2012)

8. Approximate date of disposition: (12-2014)

3

**ANSWER: Defendant denies these allegations. Defendant searched Sixth Circuit public records and were unable to locate this case. However, Defendant found numerous Sixth Circuit cases in which Plaintiff was a plaintiff and defendant, but none that seem to relate to Plaintiff's imprisonment. Defendant will supplement should more information become available.**

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner
grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? Grievaser to Counselon; To grievaser officer To A.R.B.

   2. What was the result? Dismissed - denied

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you
complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any
response you received. If you cannot do so, explain why not:

Whon Trassferad from Mesard to hewrades, Mesard kept
all of my Grievasce Paper Work, which were in A Menela
Envelope meokral Grievasess! It was Intestiocel.'
March 9,2016.
Years of Transfers and Shakdowns

4

**ANSWER: Defendant admits that there are grievances related to the issues in this case.**

**Defendant denies that Plaintiff's grievances were denied by the Administrative Review**

**Board as they were submitted outside the timeframe permitted by Department Rule 504.**

**Defendant denies all other allegations in this paragraph.**

<u>ALLEGATIONS</u>

#1.) In 1995 while at Robinson C.C. A new tumor reappeared on the top of my left foot. I informed Healthcare and was told it was only scar tissue! The tumor grew from dime size to Quarter size, and I went back to Healthcare and was told I was an hypocondriact and if I came back with same issue I would go to seggregation ('!)

**ANSWER: These allegations refer to Count 1, which was dismissed by the Court in the Merit Review Order. [Doc. 1, pg. 15]. Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations.**

2.) In 1995 while in Robinson C.C., while participating power lifting, doing squats blew my back out and became a paraplegic totally paralized from waist down. Healthcare I was taking and had me put to Seg. for almost two weeks, where I had to crawl accross the floor to get meals three times A day, and subject to being poked and stuck by nurses with safty pins needles. Hot plus, and let pers's trimming toes to my scrotum, two to three times A Day ( which produced no movement.) Finely after two weeks in the middle of the night I was taken to Big Muddy C.C. By Suburbon (But Robinson Healthcare told Big Muddy Healthcare I was a hypocondriact and faking for attention, So Big Muddy Refused any medical treatment for the tumor on left foot or my back as per Robinson C.C.) A year later my left foot was partely amputated for bone cancer!!! And Afterward Deputy Director Mike Neal forced Big Muddy to allow me to see an Orthopedic Specialist for my Back and legggs and within a year of treatment as therapy I was up walking on quad canes! ( Was released in 98 and returning in 2000, and again in 2006.)

**ANSWER: These allegations refer to Count 2, which was dismissed by the Court in the Merit Review Order [Doc. 1, pg. 15]. Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations.**

#3.) In 2007 November arriving at Menard C.C. with the femur blows out back from 1995, an amputated (left foot from) (partial) 1996, with also a broken tibea from 2001, and a broken heel bell of left Amputee in 2005, and reinjury to back in 2006 which "peralized" me again all stem from Robinson C.C. injuries! So when I arrived at Menard C.C. I had a weight displacement brace on, and a chain back brace, which "Dr. Zimmerman" took as placed me on the third floor of Healthcare, stating Menard is not handicap accessible and your classified Maxium Security you'll be up here in a wheelchair for your entire time here! I wrote Warden Cowden for Emergency Medical transfer to a Medical Institution (Big Muddy) Warden Cowden wrote that I had to be in Menard for at least 6 months before I can request a transfer! Next day at 7am Dr. Zimmerman came in as told me get my stuff, Nobody goes over his head he called me a few choice names and told the C/O to take me to the elevator with the wheelchair, which he did, but told me I had to get out of the wheelchair at the elevator per Dr. Zimmerman. I was dumped on the floor of the elevator on the floor, and rode down to first floor, where the Sergent told me if I did not make it to NorthOne Housing Unit before the next line run's or they will send me to Segregation pre Dr. Zimmerman I crawled out onto front street where Lt. Durahem heel front street and came into Healthcare and demanded a wheelchair for me, and was told by the sergent that Dr. Zimmerman said no wheelchair and if Heywood don't make it to NorthOne before next line take him to Seg. Lt. Durahem snaped and stoped to outside grounds workers to bring a cart over and put me on the cart and took me over to North One, at

Which the house sergeant Bonner told me I would be on 3 gallery (upstairs) the gallery workers took my stuff up but I (Heywood) had to crawl up the stairs on my butt, once I got up to 3. the workers put me on a gallery cart and took me to my cell!

ANSWER: These allegations refer to counts that remain in the original case, 18-21-MJR, from which this case was severed. Records indicate that Plaintiff arrived at Menard in October of 2007. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

4.) In December 2007 I (Haywood) was moved from North One 3 gallery to the West House 1. gallery 2. Cell close to the shower, and placed on Permenst Lay-In which lasted from December 2007 to March 2016 almost 9 years! (No yard; no chow hall; no gym; "No Chaple"; No wheelchair could not go to Law library; No go to Commesery; NO Programs! )...... I could only go to Healthcare and back to my cell, and that was the only time I could use A wheelchair. Exempt is feburery 2008 right after a blizzard I head to Dr. Cell pess and my gallery, % west and got the ATV. Ambulance that was in A cage infront of Healthcare, came as got me from West House to healthcare to see Dr. Linnerman at which time Dr. Linnerman yelled at me that I never had cancer and Dr. Linnerman told the % Miller not to use the ambulance to move me around, at that time West House Sargest was coming down the hell from buying Pop's and heard Dr. Linnerman yelling at % Miller and me, and came into the exem room and asked what is going on! Dr. Linnerman said % Miller could not use ambulance the Sargest informed Dr. Linnerman he would use the ambulance anytime he wanted! Two weeks later Dr. Linnerman had the ambulance A colosure torn down, and got ried of the ambulance!!!

**ANSWER: These allegations refer to counts that remain in the original case, 18-21-MJR, from which this case was severed. Records indicate that Plaintiff moved from North 1 to West 1 on December 4, 2007. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

5.) In 2011 I (Heywood) was moved to North One 2 gallery which used to be P.C. behind the steel doors with the box as the door, and a few cell's down was the ongallery shower's but had not been used in year's. Myself and another inmate cleaned out the shower, but the water would not go down the drain, we informed C/o Steward our gallery officer, who called maintaince who came but without a snake? In 1982 I accidently cut off my big toe with a skill saw on my right foot, it was reattached! In 2011 do to the stagnant water in North One shower's I got a bad staff infection in that big toe! And often several different antibiotics finally Dr. Newberry had to do surgery (cut open the toe and pack it with gauze with antibiotics, and every two days pull it out and repack it (Painfull) But during this time Menard went on a level one lockdown, and for two weeks no one would take me to Healthcare to get dressing change. The C/o's change during lockdown and all of them told me that Healthcare had not called for me and they were not required to call healthcare for me, If they wanted to they would send for me! Until C/o Laura came back from her vacation and asked how's was doing, and I told her she went and called healthcare, and I this took me to healthcare within the hour! Had to start the process over! (Painfull)!

**ANSWER: These allegations refer to counts that remain in the original case, 18-21-MJR, from which this case was severed. Records indicate that Plaintiff spent February 15, 2011 until August 24, 2011, as well as October 25, 2011 until November 23, 2011 in North 1, Gallery 2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

(6) In 2012 Major Liarla spoke to me about moving me to South lowers to test putting handicaps over there, shower at end of gallery and 2 yard off of the gallery!

Upon moving 2 met the senior officer C/o Maue, who did not want the handicaps is South lowers, So he gave me a hard time about the shower, he refused to allow me to use the shower elbow as 2 have to use the handicap chair and be seated C/o Maue told me (you have to have the chair, but you can go with everybody els.) The shower holds 32 mes at a time is the water and maybe another 10 waiting, and 2 was suppose to sit naked is between 31 naked mes? So 2 stoped going to the shower, a lt. asked one night why 2 was not showering and 2 told him, to which they started running me by myself agais, which upset C/o Maue!

ANSWER: These allegations refer to Count 5, which was dismissed by the Court in the Merit Review Order in 18-21-MJR. [Doc. 1, pg. 16]. Records indicate that Plaintiff was assigned to South Lowers from November 23, 2011 until May 16, 2014. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

7.) In 2012 C/O Predi' who was not my gallery officer was as I getting catter using the bathroom. As is my religious (christian) custom at about 6 pm I read my Bible and Pray, on my knees at my bars. When I got up C/O Predi' was standing infront of my bar's and shook his head, and (said I wouldn't do that if I was you!) and walked off. Two days later, as I got up from Praying there he was C/O Predi, and he asked me for my I.D. which I gave him, he left and came back with a Lt. (We were on level One lockdown) who told me to "cuff up" I asked why he said (Disobeying A Direct Order) I asked could I pack my own stuff. (No!) I informed them I needed to Wheelchair. C/O Predi said (you don't use a wheelchair when I took you to commessery) I told him I'm a permant LAY-In, I don't go to commessery, and you have never took me anywhere I need a wheelchair, C/O Predi called and said I was refusing

To go to segregation, and Major Brown came, and said what is going on I told him (he's walking me for Praying) and if it's him that is refusing me a wheelchair! C/O Predi' told Major Brown he dont need a wheelchair! Major Brown told C/O Predi' to go to healthcare and get a Wheelchair if he wants) to take me to Seg. & The Ticket read (I told Inmate Haywood he could Pray on the gallery, such activitys are only allowed at the chaple, and Haywood told me he does What he wants! ) (lies) (Permanent LAY-In cannot go to chaple! ) I saw Adjustment Committee, who said they were throwing out the ticket and sending me back to South Lowers as soon as room was available! So I was in A Seg Cell for two day's and then moved to North Two S gallery Seg-kickout? Were I stayed 52 days? But on my 22nd day I got a notification that I had recieved 3 months c. Credi'? When I Inquired to the adjustment committee, I was told thats what the computer did?

**ANSWER: These allegations refer to Count 6, which was dismissed by the Court in the Merit Review Order in 18-21-MJR. [Doc. 1, pg. 16]. Records indicate that Plaintiff received a ticket in 2011 for insolence and disobeying a direct order, which resulted in 3 months C**

**Grade and 3 Months Commissary Restriction, but Illinois Department of Corrections records do not show any disciplinary action taken in 2012. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

8.) In 2014 while at Menard C.C. South Lower's C/o Maue had his chance to get rid of Haywood! Haywood was moved to cell 1 on 1 gallery which is a gallery worker cell right off from the Sergeants cage! My 4th cellee was Brian Doyle a Diabetic who also had a Bottom Bunk permitt (I'm Permanent LAY-In can't walk Permanent Bottom Bunk Low Gallery). Doyle didn't want to tell C/o Maue cause didn't want to loose job but instead decided to force Me out of the cell!

In may 2014, Doyle started arguemenst before he went to work and left. Haywood packed all of his stuff, to walk himself at shift change, as we were on Quarestine lockdown from Salmonilla (under cooked chicken) and New roof! Doyle saw Haywood's property, packed and got ½ Mrs. K. who was acting Sergest at that time, and day! Doyle told her (Haywood has packed up and is acting very aggresive) ½ Mrs. K. came around to cell 1. and asked Haywood why he was packed up, Haywood said (I've asked you for weeks to move me, I've got nothing to say!) ½ Mrs. K. said she would come back later after I had calmed down and left! Right before shift change ½ Maue and Doyle came to the cell where Doyle get his shower stuff and told ½ Maue that (He's got this?) After werker showers ½ Maue, ½ K. and 3 other ½'s plus one other ½ above my cell on 3 gallery! ½ Maue took the cell key's and told ½ K. (They are both me) let them handle it!) ½ Maue opes the cell and sent Doyle into the cell to fight Haywood, Doyle came in postured to fight, but Haywood fixed first, and Doyle ran out of the cell over two ½'s, Haywood swung se hard he fell over, headed face first to the floor, when ½ Maue steped into the cell and caught Haywood in a full frontal head lock, and pulled Haywood out of the cell and went MMA wrestling stood Haywood upside down and suplexed him onto the cocret floor and then ½ Maue ingaged in a full frontal choke hold facing me head on, and ½ Maue kept suching up in an attempt to "break my neck", every time he'd seych up, I'd crawl forward so he couldn't break my neck!!! The guest lt. came onto 1 gallery knowing nothing of what was going on! And saw me (Haywood) on the floor with four guards

on my back and C/o Mauie choking me to cheath (The Lt. told C/o Mauie to get off of Heywood, let him go before you kill him!) C/o Mauie finely released the choke and shoved my face into the floor and put his knee in the back of my neck! (the Lt. told C/o Mauie to get off of him Now!) the Lt. told C/o Beethrow to go and get a wheelchair! At that point I was in and out of conscioussness! C/o Beethrow came back with a wheelchair and the Lt. told the officers to pick me up and get me into the chair and the Lt. called Healthcare to let them know he was bringing me to be checked, while he was on the phone at the front door, C/o Mauie was standing over me like a rabbid dog about to strike, the Lt. pushed him back and positioned himself between C/o Mauie and me (Heywood) and told him to go cool off Now! The Lt. took me to Healthcare, but I could not speak due to the choking (couldn't speak for over 4 days), Lt. told healthcare it was a cell fight, then he took me to segregation 4 gallery which he himself carried me up the stairs! (My Property wes still in the cell packed, and it was left with Brian Doyle until the next day?) (Supposedly Shift change?)! Later that night the Nurse came to see me, and as best I could, I told her, I needed to see a Dr. (Elbow broken and neck injured)!

Within 4 days I got to pass for the Adjustment Committee on the 14th day, and on that day C/o Chandler C/o Mauie's best friend had 4 gallery Seg. (He had work South Lower's with C/o Mauie, C/o Vega and were known to beat down old men inmates!!!) C/o Chandler came to my cell and told me he would be to get me before lunch get ready, I told him I need a wheelchair, and he left! Lunch came and went, and it was 2:pm before I saw C/o Chandler again, and I said (What about my ticket, I'm

C/o Chandler told me I had refused, I said No I did not C/o Chandler said when you asked for a wheelchair you refused! And the committee found me guilty of a Staff Assault for felling on a officer, because I had refused to come to the hearing and 'give any exonerating evidence!

**ANSWER: Defendant admits that records indicate Plaintiff moved cells to North 2 on May 16, 2014. Records indicate on that day Plaintiff received a disciplinary ticket for**

assaulting staff, which resulted in 3 Months C Grade, 3 Months Segregation, 3 Months Commissary Restriction, and 6 Months Contact Visits Restriction. Defendant admits that, at the alleged date and time, C/O Maue brought Inmate Doyle into the cell to secure him. Defendant denies that Inmate Doyle was sent into the cell to fight Plaintiff. Defendant admits that Plaintiff attempted to fight Inmate Doyle. Defendant denies starting a fight with Plaintiff. Defendant admits to the use of force to restrain Plaintiff for safety and security reasons. Defendant admits that other correctional officers and a lieutenant assisted in restraining Plaintiff, including C/O Dethrow. Defendant denies using unreasonable force as Plaintiff has alleged. Defendant admits that Plaintiff was taken to healthcare after he was restrained. Defendant denies all other allegations relating to the use of force. Defendant admits that Plaintiff was charged with staff assault and failed to appear at the time of the adjustment committee hearing. The allegations about Plaintiff's adjustment committee hearing refers to Count 8, which was dismissed from this case by the Court's Merit Review Order [Doc. 9]. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations.

Which time of two almost three weeks A % came and got me in to wheelchair and took me to heathcare to see the Dr. who put me on the 3rd floor Seg cell, took x-rays of my neck? and my Elbow? (Three weeks later?) I was told there was nothing wrong with either (But to this day I can still move a piece of my elbow, and I got the x-ray report which speaks of the fracture!) But I was never treated at Menard or anywhere else!) I was kept in healthcare for over 3 weeks with no treatment? until there was a T.B. outbreak (Supposedly there was no room in the headicap Seg fruly but was moved back to Seg. to reg. cell and move every two weeks from 2 gallery to 4 gallery up, down, they would have inmate gallery workers carry me up and down the stairs several times!) At this time I was under the impression that I (Heywood) was in Seg. for an cell fight 30 day maximum! I saw Warden Buttler walking through and stoped her and told her I was over 30 days and they wont let me out of Seg. and that I had never gotten a Decision from the adjustment committee, but for a cell fight which I hit nobody is generally 30 days.' Warden Buttler said Heywood you got a staff assault and you got 90 days and your very lucky! I (Heywood) said No Mem I dont have a Staff assault (Director Gordinez had told Warden Buttler to Transfer Heywood to medical institution Big Muddy!) Warden Buttler said I'll

That she would send me a copy of Committee Report and decision! And she did (Staff assault - felling an officer?) (If C/o Maue had not come into my cell I would have fallen on the floor! He chose to catch me so he could kill me!) If there was a Staff assault why no code called, no Lt. called, no Major called, and it is in healthcare records. Cell right! And the fact that C/o Deathrow, C/o lk, C/o Maue who all knew there was a problem between cellies Heywood and Doyle hours earlier never reported it to the guest house Lt. that day, and further violated procedure and all security protocol in that Heywood and Doyle were already seperated that cell door was not suppose to open without a Lt. present! And C/o Maue threaten to spray me with mase! When I got my property list, there was over 200.00 worth of property missing (Sony Walkman and earbud; 18 tapes; New never worn Rebox Tennis Shoe; and several other items) ___

**ANSWER: Defendant admits that Plaintiff received a ticket for staff assault on May 16, 2014. Defendant admits that records indicate that Plaintiff was housed in the healthcare unit from June 2, 2014 until June 17, 2014. Defendant admits that records indicate that Plaintiff complained of elbow pain and that Plaintiff's left elbow was "a bit swollen." Defendant admits that records indicate that Plaintiff had x-rays ordered of his forearm and elbow. Defendant admits that records indicate that Plaintiff received extensive treatment during June of 2014, with entries every day from June 2 until June 16 into his medical records. Defendant admits that records indicate that Plaintiff moved from 2 Gallery to 4 Gallery on July 24, 2014, and was moved back to 2 Gallery on August 7, 2014. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.**

9) In 2014 I was told that Mineral had no were to place me, as C/o Maue and inmate Doyle felt unsafe with me being in South Lower's, and they could not keep me in Healthcare 3rd floor; nor could they house me in Seg. A-Wing, as it is Segregation! So I was shuffled from (South lower's to North 2, to North 1, back to North 2, now el which is handicap accessible!) between 2014 and 2016 where finally transfered to Lawrence C.C.!

**ANSWER: This allegation refers to Count 9, which was dismissed from this case by the Court's Merit Review Order [Doc. 9]. Defendant admits that records indicate that Plaintiff**

moved to South Lower on August 20, 2014, that Plaintiff was then moved to North 2 on September 18, 2014, was moved to North Lower on November 26, 2014, and remained there until May 7, 2015. Defendant denies that he felt "unsafe" around Haywood or that he had any input on where Haywood was housed. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

10.) In 2016 while in North #2. the flood came, and afterwards I was so sick, couldn't breeth and weak! I wrote healthcare several times, and told the nurse at med line every night for two weeks! Finally my 5 day-A-Week C/O told me to get dressed, and he went and get a wheelchair and took me to healthcare and he told the Doctor this man is dieing as my gallery and I can't watch it! the Dr. had them take me to the 3rd floor, and take x-rays, and I was told I had Nuemonia, and was given antibiotics, after 4 days I got worst, they changed my antibiotics, but it helped none at all! Then I was told that I was being sent back to my house call cell? When I got to my cell my 5 day-A-Week C/O told me to get my property ready the workers would be coming for it and what size jumpsuit I needed, that I was being transfered in the morning to Lawrence! Found out in August 2016 from Cork Foundation's Hospital was Nuemonia by Terminal Pulmonary Sarcoidoses and Congestion Heart failure!

ANSWER: These allegations refer to Count 10, which was severed from the original case, 18-21-MJR in the Court's Merit Review Order [Doc. 1, pg. 23]. Medical records indicate that, on January 8, 2016, Plaintiff complained of "great toenail pain." Plaintiff was also seen twice in February by healthcare staff. Between March 3, 2016 and March 7, 2016, Plaintiff was seen by numerous healthcare staff and was prescribed medication for respiratory/pneumonia concerns. Plaintiff was housed in the healthcare unit between March 3, 2016 and March 7, 2016. Plaintiff indicated he was recovering or had recovered multiple times between March 3, 2016 and March 7, 2016. Plaintiff requested to be returned to his cell on March 6, 2016 because he felt "a lot better." Medical staff noted he was recovering. Plaintiff was discharged from the healthcare unit on March 7, 2016, after the Doctor indicated that Plaintiff had mostly healed. Plaintiff was instructed to continue his same medication until fully healed. Records indicate that Plaintiff was transferred to Lawrence Correctional Center on March 9, 2016. While at Lawrence C.C., Plaintiff was seen by hospital staff and treated for pneumonia and hypertension. Plaintiff received x-rays, EKGs, lab work, and additional medications during his first week at Lawrence C.C. Records indicate that Plaintiff was housed in the healthcare unit most times between March 10, 2016 and March 23, 2016. Plaintiff was housed in R3:AL:08:L1 between March

**9 and 2 AM on March 10, 2016. Patient was seen by healthcare staff nearly every day during March of 2016, numerous times during April and May of 2016. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

11.) On March 9, 2016 at 5 am Third Shift C/O awoke me to get ready for transfer, I told him I needed A wheelchair, he told me it said nothing on the board about me needing A wheelchair I told him I'm a permit HAJ-1s I only go to healthcare and I's A wheelchair, I need one please! He went and got the Sergeant who said there is nothing, I asked healthcare they said there is nothing that say's you need A wheelchair! So you either walk or stay here! So I (Haywood) took off the jumpsuit, and rolled out the mattress and laid down! The C/O and Sergeant walked away! After 15-20 mins the C/O and Sergeant came back with A Lt. who asked whats the problem, so I explained my situation (Permit HAJ-1s wheelchair board, never leave cell but to healthcare as measured not handicap accessible!) the Lt. saw my left is amputated and told the C/O just go and get a wheelchair and tell him to the Chaple! The C/O went and got A wheelchair, and came and got me and took me to the Chaple, and when we get there everybody els had already be strip searched, the Lt. at the Chaple told the C/O who brought me he had to search me, so he asked me to sit in a Chaple seat and handed him my jumpsuit which I did and my shoes, he handed me everything back told me to get dressed, and as I was getting dressed the C/O started leaving with the wheelchair? I said what are you doin he said I got to take the chair back to healthcare? (North 2 has several wheelchairs on R-Wing!) I said how am I suppose to get around there and to the bus? (After A flight is the Chaple they gated the Chaple off into 4 different sections, which means I had to go all the way down to the stage and accross the length of the Chaple and this back up the other side to get back to the door to get out to the bus? The Chaple Lt. came over and said lets go, I said I need the wheelchair (Also I wearing a medical mask!) the C/O said I have to take this chair back to healthcare, the Lt. told the C/O to take the chair back, I said what am I suppose to do, the Lt. said get on the bus or stay its up to you! Then the Lt. told A Serg. and another C/O watch this! So I got on the floor and crawled down to the stage and over to the other side and I ran out of breath on my way

back up to the door, and I fell flat on the floor, I could hear
the Lt. say you better hurry we-re leaving (they were laughing!)
I also heard two Inmate who were's laughing. We got you old
timer, and they picked me up and carried me, even though
the Lt. told them not to! Once outside the Lt. told them to put me
down or they would go to seg. So I told them to put me down
So I crawled across the pavement and up on the bus, the driver
knew me from when he had healthcare 3rd floor, and he helped
me onto the bus! When we got to Lincoln Correction Center
the driver sent the other C/O to get a wheelchair for me and
he himself and a Inmate carried me off the bus to the
wheelchair! And the other C/O took me over to Lawrence
bus where there was a line outside the bus in the rein (mind
you I have Amesia on!) there was a "Lt. Beyler" in the driver
seat, who instructed the C/O's to load everybody but me? After
everybody els was on the bus, Lt. Beyler told me (nobody is going
to help you. so I don't know how you get on this bus crawle or
walk!) So I got out of the wheelchair and crawled
through the mud and rein and up on onto the bus, Lt. Beylen
was laughing! There was an older C/O on the bus who started
to try an help but Lt. Beyler said (He can make It) And
when we got to Lawrence C.C. they unloaded everbody els first, and
then I had to crawle off the bus, but there was a wheelchair
right outside the bus, I got into the wheelchair, I was taken
by a Sergent to 3 house no handicap cell, I couldn't breath
I told him I have Numosia, he said he would call
heathcare he helped me out of the wheelchair and into
the cell onto the bed! After 30 mins I pushed the emergency

Several times after about an hour & t/o come but I couldn't speak cause I couldn't breath, he left and came back about 20-30 min with a nurse and a wheelchair and took me to healthcare where she Imedictly gave me a breath'n treatmest. I heard he say he was suppose to have been brought here he's got to go to the back untill he see's the Doctor!

But I was put into a Seg. Cell where there was a bench with a mattress on it.? It was a large room the sink on one side and the toilet on the opposite corner, and the Nurse and healthcare t/o helped me onto the bench, and she took the chair I said I need the wheelchair to get around, the nurse told me (our Dr. don't just give out wheelchairs, he don't fall for you guy's Tricks!) and they left! In The morning another nurse came with medicetion, but only to the chuck, I said I can't walk, she said err you refusing! So I crawled across the room to the door and get my medicetion, and then crawled across the room to the sink to get water! And then back to the bench and a hour later came food but only to the chuck? The t/o called somebody to (Watch this!) So I crawled over and got my tray! And set on the floor and eat! So I pulled the mattress off of the bench to the floor and just stayed on the floor! In the morning I was told that the Dr. Lee was on vacation, and that I could not have the mattress" on the floor, I said well I need a wheelchair, (the nurse told me, we don't fall for all of that) So I stayed on the floor! So for a week a little over I crawled around like an animal to get my meals and use facilitys, (No Shower; no clothes, semi mud/crusted jumpsuit, No Soap) they only came in the cell for breathing treatmests twice a day. Never cleaned the cell!

**ANSWER: These allegations refer to Count 10, which was severed from the original case, 18-21-MJR, by the Court's Merit Review Order. [Doc. 1, pg. 23]. Defendant admits that Plaintiff was transferred to Lawrence Correctional Center on March 9, 2016. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

12) In 2016 after leaving Heaththeer and waiting to see a Pulmesery Speilist, I was in 5 house as it was the closest to heaththeer because I needed an emergency breathing treatmist. Dr. Coe had issued me permitts (LewBunk, Low Calley, two mattress, elecs cell evergolege, wheelchair,) In July my Mother passed away and that same mesth my wing % chegged to % Tubbs, who sterted with my ice permitt, and told me he would not give me ice, which I didn't wederstand because, I came back from law librery the day befor with other Inmates who all asked him for ice and he gave us all ice? Atter that % Tubbs steped me and my ADA attendiot from cleening my cell with the cleening supply's he asked for my permitt and said it does't say cleaning supply's, So I had Dr. Coe cheege it to with Cleening Supply's then % Tubbe said it didn't say bleech or Pink soep, and then % Tubbs came to my cell one day and asked to see my permitts I gave it to him and he wrote on my permitt (ice canceled as of date Per % Tubbs and heathcorp.) I sterted writing grieveces, I wrote 25 on % Tubbs, who later steped me and my Attendiot from cleening the shower chair. Said he would do it, that he had werkd as an embulence and knew's more about what I need or dos't need than I do. for fear of % Tubbs my Attendiot quit as Tubbs sterted shekiny him daws and his art supply's disepecred!!! I wrote and told everybody Lt. Cousseler, Mejor, Werdess My Son Called and % Tubbs tried to hexactt me. Finelly Werden Goings Came to see me and told me not to write another grievece

against C/o Tubbs he was made aware of the problem after the first grievance (but it took 4 months for Warden Going's to respond #2 Warden of Security.) The Warden told me, you don't have to Tubbs problems you have a Permitt Problem, to many permitts and they should not be "Indefenent") --- Warden Going's then called Mrs. Cunningham (HealthCare Administrator) and told her he wanted my Medical Permitts taken o! He told to make me an appointment with the Doctor A.S.A.P. this week. Warden Going's hung up and looked at me and smiled and said See all taken care of. I went back to my cell, in two days I get a pass to see Dr. Shaw, I went and Dr. Shaw told me I was there to fix what the Administration wanted fixed, I (Haywood) said what is that, Dr. Shaw said all of these permitts and to make you permanent part HealthCare, you will live in the back. I asked Dr. Shaw to look at my permitt's and the Dr's Signiture, is it not of your boss the Deputy Medical Director of Illinois Department of Corrections, So please let me know if he feel's I need the permitts and don't need to be in the back, but you do, who is wrong, who is incompetent? Dr. Shaw called the healthcare C/o Johnson and told him to remove me that I was done. That night I wrote a grievence against Warden Going's (is that I feared for my Life) No more was said about my permitts!
But C/o Tubbs would not stop the harrasment, it got worst he would totaly refused any of my permitts, and would Shake down my cell as throw away my Commesary I bought telling me it was in the wrong place or in the wrong package!

**ANSWER: These allegations refer to Count 11, which was severed from the original case, 18-21-MJR, by the Court's Merit Review Order. [Doc. 1, pg. 23]. Defendant admits that records indicate Plaintiff was referred to a pulmonary specialist. During the times alleged, Plaintiff was housed in R5. Defendants admit records indicate that Dr. Coe issued Plaintiff low bunk, low gallery, medical, walker, slow walk, wheel chair, knee sleeve, and ted hose permits on 3/10/2016. On 3/23/2016, Dr. Coe issued a new order authorizing permits for low bunk, low gallery, crutches, knee sleeve, tub, wheelchair, ADA, and "to push chair carry and clean cell." On 4/18/2016, Dr. Coe issued a new order authorizing a w/c cushion. On 7/21/2016, Dr. Coe issued a new order authorizing a double mattress and waist chains. On 8/11/2016, Dr. Coe issued a new order authorizing ice. On 9/4/2016, a permit change**

was issued to allow Plaintiff to "clean cell & shower on shower days." On 9/27/2016, Ice was discontinued by order of the healthcare unit. On 12/7/2016, a permit renewal was issued for all of the above items. On 1/6/2017, a new order was issued to allow Plaintiff waist chains. On 1/18/2017, a new order was issued to allow Plaintiff access to a wheelchair. Records indicate that, in July 2016, Plaintiff's mother passed away. Records indicate that Plaintiff filed grievances regarding C/O Tubbs that he dated on 9/12/16, 9/23/16, 9/26/2016, 9/27/2016 about receiving ice, 1/24/2017, 1/26/2017, 1/30/2017, 2/4/2017, 2/16/2017, 2/17/2017, 2/20/2017, and 2/23/2017 about receiving bleach. Records indicate that, on 10/14/2016, Plaintiff's counselor held a formal meeting to discuss C/O Tubbs, where he indicated that it was his belief that C/O Tubbs was the reason his permit for ice was being pulled and that he believed "it was personal." Records indicate that, on 1/24/2017, Plaintiff's counselor held a formal meeting to discuss his requests to be single celled, where Plaintiff was told by his Counselor and later by the physician that his issue is not, as he describes it, "life or death," that he did not need to be single celled, that he did not need bleach every day, and that soap and water is sufficient to disinfect. Defendant denies that shakedowns occurred as Plaintiff alleges. Defendant denies all allegations directed at Warden Goings. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

So I said to the Counselor (I'm tired I just lost my Mother and within a month of that buried out in Terre Hull, Ill. And I've got Life, and now Tubbs, and nobody will deal with him, what happens when I get to the point of, I'm dying who can I take with me?) The next day I was moved to 4 house where I remain to this day! C/o Tubbs was made to sit elsewhere for some reason given the Zone I live in which covers 4 house, but recently he was wearing Sergeants Uniform? But no more problem's with him!

ANSWER: These allegations refer to Count 11, which was severed from the original case, 18-21-MJR, by the Court's Merit Review Order. [Doc. 1, pg. 23]. Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations.

13. In 2017 feburary after me writing personal property over the last almost year (March 2016) how come my CL-20 headphones never went out to koss to be fixed in feburey they finally took #9.00 for repair and $3.75 for postage. April 2017 I wrote personel property, no answer, so I spoke to my Counseler Mrs. Bear who said she would check on them. I showed her my account balence where the money had already been taken. So in May 2017 Mrs. Bear told me property doesn't have my CL-20's they never came back yet. So I wrote koss myself, who responded in June 2017, that they had never recieved the headphones or payment, to have the institution put a tracer on them! I gave Mrs. Bear a copy of

of the koss letter and she told me to write a grievence So I did which she (Mrs. Bear) heared? and responded would I accept a replacement pair, and they were reimbursting me the $9.00 the check was found (that means they never left Lawrence C.C.) and that they couldn't prove my CL-20's were under 5 year's old (They minus 20% per year depriciation)?

ANSWER: Defendant admits that records indicate Plaintiff spoke with his counselor about his headphones on August 25, 2016. Counselor noted that they were sent to property because he had insufficient funds to send them out. Illinois Department of Corrections records indicate that Plaintiff had correspondence with the manufacturer of the headphones in 2014 stating that it would be the last time they honor a warranty on his headphones, and numerous correspondence between Plaintiff and others regarding these headphones. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

I respectfully (yes I'll take a replacement) and I told her I could prove my CH-20's were under h gear when I got here (nobody knows whe broke the arm?) But I've never touched them since I've been here at Lawrence, es March 27, 2016 persevel Property told me my CH-20's arm was broke which is the same es altered, and I could either send them home an destroy them, er send them out to be fixed et Koss, I choose to fix them! So in December 2017 h C/O come to my door, and told me to come out of my cell, he was there to shake my cell es per the administration, for CH-20's headphones, which he did (why?) (I'm in h wheelchair, you think nobody saw me go out of my cell without th key, leave th building, and go to Voc Ed building into property and behind this gate and get my CH-20's?) _____ A week later I got h statement from th grievance officer that they were going to reimburse the $3.75 for postage, but would give me nothing for my CH-20's.

**ANSWER: Defendant admits that there exists a large quantity of records regarding Plaintiff's headphones. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

14) On November 24, 2015 I went to healthcare, and when I got there I found I was to see Dr. Shev? He's not my Doctor Dr. Armied is? Dr. Shev proceeded to take away my High Blood Pressure Medicatics that Dr. Armied (Medical Director) had just given me and uped my Heart medicaties? So I told him It took over a month for me to get one of my medicaties and I'm out of my "Lesix" now (I take close to 30 pills per day I said the wrong one, I should have said "Potassium"). Dr Shev called in Nurse Collins and asked her to find out why I don't have my "Lesix"s Nurse Collins came back with a Sergent and a S and called me to him and said she was having my cell shook dawn, Dr. Shev never addressed her, so neither did I. had then the Serg. put me in a Seg. Cell, until they shook my cell, then they came back with all of my medicatics in blister pek's which I'm suppose to have? What I didn't know is that Nurse Collins told the Lt. Burthim that I told her I had No Medicaties (I never spoke to her, and she was not present when I spoke to Dr. Shev?). ——— Nurse Collins told Lt. Burthim to take me to Seg, which he said no and asked her which one he have and Nurse Collins said none of them I'm keeping these he can have the astibiatics, Lt. Burthim took my back to my cell and told me what Nurse Collins had said? (So we never get to I was out of Potassium !!!)

**ANSWER: These allegations refer to Count 13, which was severed from the original case, 18-21-MJR, by the Court's Merit Review Order. [Doc. 1, pg. 23]. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.**

That evening when Med line was run, I went out to see the Nurse who gave me my medicetion along with the higher dose of "Coreg," heart medication and Ve High Blood Pressure or Potessium, I told the nurse I had taken the Coreg earlier this morning maybe I shouldn't take it now, but she said Dr. Shev up the dosege after that, you need to take it!

I was peeing every 30 mins all night, by 8 am I fell out (Dehydrated) my celler called for help, the gaurd's to come and a Lt. (I was out of it, but I could hear, but I couldn't speak.) So I heard my cellee tell them that (yesterday heathlcare took all of his meds, but he went to med line this morning at 5 am, but I dont know if he took anything!) _ _

I got to heathlcare and Nurse Tammy Denty said all the best He overdosed (His cellee seid he hid a bunch of pills and took a hand full this morning!) Nurse Tammy called I.A. (Internel Affairs) and told them I (Heywood) had overdosed, and what she cleims my cellee had said to her! Then they sent Lt. Bottrim to shake down my cell (he perher lied) who came beck with the Pameler and Mobic and Bactrim and cold pills and Coreg all over mine and I'm suppose to have (What I didn't know is that Pameler is a "Psycotropic" Without out My Permission! ) _ _ _

So I was on A gurney on A bed board stroped down, and telling I need water Dehydrated) over and over, but Nurse Tammy would allow eybody to give me water until I tell her what pills I took, So I lay there unable to swallow literally dying cause I'm so dehydrate and without Potassium or Salt!!

I'm in the Treage room for over two hours until they finally decided to put me in the beck for 23 hour obsevetion! (Could it be with a overdose I should have been dead by then?)

When I get to the back I get the porters to get me water, and I drank alot mybe 8 glasses is 16 mls, which meant I had to pee, I asked for help and I was out her the Count on the floor I had to of hit my head cause when I did start to come too I had to throw up! (Execasia) They called for a ambaluse it came and there was Nurse Temmy pushing me in my chest with he knockle (it hurt so bad) and I could hear her telling the EMT's I had overdosed to the point the EMT said yeh he's jacked up off of something! They straped me to h flat board again put me in the ambulanse with two ladies and because they were told I was an overdose they didn't wait to get an I.V. going She took off, over humps and bumps and rail road Trscks, all the while trying to get an I.V. started cutting me with needle, and jabing me and out several times with no Sucess, but well metal up my left arm with lifetime marks. And I'm pretty sure she stuck herself cause she then asked if I had kids or HIV or Hepptides I said no but I don't know her history fss. (I need to ) Everybody kept asking what I took, I kept saying I dehydrated but because Nurse Temmy told them I was an overdose they ingnored me and treated like I was lying to protect myself So I was treated with contempt!! I've got a blewn out back and two broken knee caps, So being straped down on the flat board was causing me the worst pain ever! I was begging them to release the straps but (I'm considered Suideide) they refused and kept me like that for four hours until the blood test came back which showed No Drug's in in my System and dangerously low Potassium and Self level's (at Deaths Door) than I was asked by the Dr. why

I had not told nobody!? They fed me and gave me
Two ½ bags of fluids, and everything to drink and 40 mg.
of Potassium! After 8 hours I was back at heursee C.C.
under observation, the next day I went back to my cell
at which I got a major ticket for the pills, and that
is when I found out that Pamelon was a Psychotropic
drug! I had recieved 3 month C-grade, 3 month B-grade
6 months of no contact with my family when I'm terminal?
No recreation, no commessery!
And to this Day I'm still not getting my High Blood Pressure Medicine
but on 12-29-17 I almost had a stroke as blood pressure is
threw the roof!

**ANSWER: These allegations refer to Count 13, which was severed from the original case, 18-21-MJR, in the Court's Merit Review Order [Doc. 1, pg. 23]. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

REQUEST FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief whatsoever.

JURY DEMAND

Defendant demands a trial by jury.

AFFIRMATIVE DEFENSES

1. **Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2.     **Administrative Exhaustion**

Plaintiff's lawsuit concerns the conduct of correctional officers and officials while he was in the custody of the Illinois Department of Corrections, and is barred by 42 U.S.C. 1997e(a), as Plaintiff has failed to exhaust administrative remedies prior to filing his suit.

3.     **Statute of Limitations**

To the extent Plaintiff's claims for relief accrued more than two years prior to the initiation of this case, those claims are barred by the applicable statute of limitations.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Court deny Plaintiff any relief in this matter whatsoever.

Respectfully submitted,

LORIE CUNNINGHAM and RUSSELL GOINGS

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By: s/ R. Kolton Ray
     Robert Kolton Ray, #6327476
     Assistant Attorney General
     500 South Second Street
     Springfield, Illinois  62701
     Telephone:  (217) 557-0261
     Facsimile:   (217) 782-8767
     Email:     rray@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN D. HAYWOOD, #B-44617, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs - | ) | No. 18-cv-524-SMY |
| | ) | |
| C/O Maue, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, the foregoing document, *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

John D. Haywood, #B-44617
Lawrence Correctional Center
Inmate Mail/Parcels
10940 Lawrence Road
Sumner, Ill  62466

s/ R. Kolton Ray
Robert Kolton Ray, #6327476
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
Telephone: (217) 557-0261
Facsimile:  (217) 782-8767
Email: rray@atg.state.il.us